UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YOLANDA YOUNG, <br><br> Plaintiff, <br><br> v. <br><br> COVINGTON & BURLING LLP, *et al.*, <br><br> Defendants. | Civil Action No. 09-cv-0464 RBW <br><br><br> **Plaintiff's Response to the Motion to Dismiss Defendants Wittig and Natale** |

Plaintiff no longer wishes to assert claims against Defendants Sarah Wittig and Vanessa Natale and, therefore, does not oppose their dismissal from this action.

Respectfully submitted,

*/s/ Latif Doman*

Latif Doman (DC 466654)

DOMAN DAVIS LLP
118 Adams Street, N.W.
Washington, DC 20001
Phone: (202) 271-2533
Fax: (866) 741-8445
latif.doman@domandavis.com

## CERTIFICATE OF SERVICE

I certify that, on April 17, 2009, I served through ECF Plaintiff's Response to the Motion to Dismiss Wittig and Natale on Defendants' counsel, Michele Roberts (mroberts@akingump.com).

*Latif Doman*

———————————————
Latif Doman (DC 466654)

DOMAN DAVIS LLP
118 Adams Street, N.W.
Washington, DC 20001
Phone: (202) 271–2533
Fax: (866) 741-8445
latif.doman@domandavis.com