# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| YOLANDA YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 09-464 (RBW) |
| ) | |
| COVINGTON & BURLING, LLP, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Defendant's Motion to Dismiss Counts II and VII Under Fed. R. Civ. P. 12(b)(6) is **GRANTED IN PART** and **DENIED IN PART**. Specifically, the component of Count II based on the theory that Covington's non-promotion policy is discriminatory is dismissed as time-barred. Additionally, Count VII of the amended complaint, which asserts a claim of negligent supervision, is dismissed. However, the motion is denied as to the component of Count II which asserts a disparate impact claim based on the theory that Covington's job-assignment policy was racially discriminatory.

**SO ORDERED** this 28th day of January, 2010.

_____/s/_____
Reggie B. Walton
United States District Judge